USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL GUZMAN, YASER CALDERON AND RICHARD ALMONTE,

          Plaintiffs,

-against-

PRIMO INSTALLATION, INC. AND BRAULIO RODRIGUEZ,

          Defendants.

18 Civ. 7226 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **May 12, 2021**, Plaintiffs shall submit a letter outlining their proposed plan of action in this case.

    The parties are reminded that failure to comply with this order may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: May 5, 2021
       New York, New York

                              ANALISA TORRES
                            United States District Judge