```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/10/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL GUZMAN, YASER CALDERON
AND RICHARD ALMONTE,

                  Plaintiffs,

-against-

PRIMO INSTALLATION, INC. AND BRAULIO
RODRIGUEZ,

                  Defendants.

18 Civ. 7226 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report & Recommendation (the "R&R"), ECF No. 48, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error, and found none. *Mack v. Comm of Social Security*, No. 20 Civ. 2722, 2021 WL 3683628, at *1 (S.D.N.Y. Aug. 17, 2021).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, the Court awards:

- To Plaintiff Guzman for damages in the amount of $227,371.32, comprising (a) $113,685.66 in unpaid overtime wages and (b) $113,685.66 in liquidated damages under state law, plus prejudgment interest in the amount of $28.03 per day, running from January 11, 2016 to the date of entry of final judgment;
- To Plaintiff Almonte for damages in the amount of $105,551.82, comprising (a) $52,775.91 in unpaid overtime wages and (b) $52,775.91 in liquidated damages under state law, plus prejudgment interest in the amount of $13.01 per day, running from March 28, 2015 to the date of entry of final judgment;
- To Plaintiff Calderon for damages in the amount of $252,719.02, comprising (a) $126,359.51 in unpaid overtime wages and (b) $126,359.51 in liquidated damages under state law, plus prejudgment interest in the amount of $31.16 per day, running from October 10, 2016 to the date of entry of final judgment; and
- $21,685 in attorney's fees and costs.

The Clerk of Court is directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                                              ANALISA TORRES
                                                 United States District Judge